**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 345 MAL 2023

      Respondent              :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

         v.                  :

ERIC BRADLEY DERR,              :

      Petitioner                :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 346 MAL 2023

      Respondent              :

                                  :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

         v.                  :

ERIC BRADLEY DERR,              :

      Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.